IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA



FILED

SEP 03 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 19-278 C |
| -vs- | ) | |
| | ) | |
| KELVIN RENARD TAYLOR, | ) | Violations:  18 U.S.C. § 844(i) |
| | ) | 26 U.S.C. § 5861(d) |
| Defendant. | ) | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Attempted Arson)

On or about April 12, 2019, in Oklahoma City, Oklahoma, in the Western

District of Oklahoma,

---------------------------------- KELVIN RENARD TAYLOR ----------------------------------

maliciously damaged and destroyed, and attempted to damage and destroy, a property used

in interstate and foreign commerce, a building located at 4012 S. Shields Blvd., Oklahoma

City, Oklahoma, by means of fire and explosive material, to wit: a Molotov cocktail.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT 2

### (Possession of an Unregistered Firearm)

On or about April 12, 2019, in Oklahoma City, Oklahoma, in the Western District of Oklahoma,

-------------------------------- **KELVIN RENARD TAYLOR** --------------------------------

knowingly and intentionally possessed a destructive device, that was not registered to the defendant in the National Firearms Registration and Transfer Record, and the defendant had knowledge of the dangerous and destructive nature of the device, to wit: a Molotov cocktail.

All in violation of Title 26, United States Code, Section 5861(d), the penalty for which is found at Title 26, United States Code, Section 5871.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

MARY E. WALTERS
Assistant U.S. Attorney

2