## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **Case No.  CR-19-278-C** |
| | ) | |
| **KELVIN RENARD TAYLOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ORDER FOR
## <u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

     The United States Attorney for the Western District of Oklahoma seeks to bring **KELVIN RENARD TAYLOR**, xx/xx/67, Oklahoma County Jail Inmate Number 200557340, before the Court for one or more hearings.

     Therefore, the United States moves for a Writ of Habeas Corpus Ad Prosequendum, directed to the United States Marshal for the Western District of Oklahoma, commanding him to produce the defendant before this Court on September 12, 2019, at 3:00 P.M., for any hearings necessary in this case.  The United States also asks that the Oklahoma County Jail be directed to surrender the defendant as directed by the Court.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney


*s/Mary E. Walters*
MARY E. WALTERS
Assistant U.S. Attorney
Bar No.  30281
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700(Office)
(405) 553-8888 (Fax)
mary.walters2@usdoj.gov